FILED
08 OCT -9 AM 9:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

John Edward Grasberger - #89174      CV 08 80195 MISC

_____/

**ORDER TO SHOW CAUSE**

It appearing that John Edward Grasberger has been suspended by the State Bar Court following a criminal conviction effective September 19, 2008,

**IT IS ORDERED**

That respondent show cause in writing on or before November 12, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

John Edward Grasberger
Attorney At Law
9981 Halo Circle
La Mesa, CA 91941